**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MARCO ANTONIO GARCIA-NAVICHOQUE, | No. 07-71682 |
| Petitioner, | Agency No. A027-617-020 |
| v. | MEMORANDUM[*] |
| ERIC H. HOLDER Jr., Attorney General, | |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted April 5, 2010[**]

Before:     RYMER, McKEOWN, and PAEZ, Circuit Judges.

Marco Antonio Garcia-Navichoque, a native and citizen of Guatemala,

petitions for review of the Board of Immigration Appeals' ("BIA") order denying

his motion to reopen removal proceedings.  Our jurisdiction is governed by

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

8 U.S.C. § 1252.  We review for abuse of discretion the denial of a motion to reopen.  *Iturribarria v. INS*, 321 F.3d 889, 894 (9th Cir. 2003).  We deny in part and dismiss in part the petition for review.

The BIA did not abuse its discretion in denying Garcia-Navichoque's motion to reopen as untimely, and he failed to qualify for any exception to the time limitation.  *See* 8 C.F.R. § 1003.2(c).  We lack jurisdiction to review the BIA's *sua sponte* denial of the motion to reopen.  *See Ekimian v. INS*, 303 F.3d 1153, 1159 (9th Cir. 2002).

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**